# Exhibit B

IN THE CIRCUIT COURT FOR THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY FLORIDA

Case No. 2019-CA-000218
CLASS REPRESENTATION

NATALIE KUHR, on behalf of herself and all other similarly situated,

    Plaintiff,

-vs-

MAYO CLINIC JACKSONVILLE, a Florida not for profit corporation, and PROFESSIONAL SERVICE BUREAU, INC., a foreign corporation

    Defendants.
_____/

## **REMOVAL NOTICE**

TO THE CLERK OF THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that Defendant, Professional Service Bureau, Inc., has filed in the United States District Court for the Middle District of Florida, Jacksonville Division, a Notice of Removal regarding this action. A true and correct copy of the Notice of Removal is attached as **Exhibit A**.

The State Court shall proceed no further unless and until this cause is remanded.

Respectfully submitted,

/s/ Christi A. Lawson
Christi A. Lawson
Florida Bar No. 0498351
Primary: clawson@foley.com
Secondary: yhibbert@foley.com
Foley & Lardner LLP
111 N. Orange Ave., Ste. 1800
Orlando, FL 32801
clawson@foley.com
Tel. 407.244.3235
Fax 407.648.1743

James McKee
Florida Bar No. 0638218

Virginia R. Beeson
Florida Bar No. 1003406
Primary: vbeeson@foley.com
Secondary: bshelley@foley.com
Foley & Lardner LLP
111 N. Orange Ave., Ste. 1800
Orlando, FL 32801

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of April, 2019, the foregoing Answer and Affirmative Defenses to Complaint by Defendant, Professional Service Bureau, Inc., was filed with the Florida Court's ePortal and served on all counsel of record.

ZEBERSKY PAYNE, LLP
*Counsel for Plaintiff*
110 S.E. 6th Street, Suite 2150
Ft. Lauderdale, Florida 33301
Telephone: (954) 989-6333
Facsimile: (954) 989-7781
Primary Email:    jshaw@zpllp.com
                  kslaven@zpllp.com
Secondary E-mail: mperez@zpllp.com
                  jgarcia@zpllp.com

/s/ Christi A. Lawson
Christi A. Lawson
Florida Bar No. 0498351
Foley & Lardner LLP
111 N. Orange Ave., Ste. 1800
Orlando, FL 32801
clawson@foley.com
Tel. 407.244.3235
Fax 407.648.1743