# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NATALIE KUHR, on behalf of herself
and all other similarly situated,

　　　　　　Plaintiff,

v.

MAYO CLINIC JACKSONVILLE, a
Florida not for profit corporation, and
PROFESSIONAL SERVICE BUREAU,
INC., a foreign corporation,

　　　　　　Defendants.

Case No. 2019-CA-000218
CLASS REPRESENTATION

## DEFENDANT MAYO CLINIC JACKSONVILLE'S CONSENT TO REMOVAL

Without waiving any other defenses, Defendant Mayo Clinic Jacksonville ("Mayo"), hereby joins in and consents to the removal of this action from the Fourth Judicial Circuit In and For Duval County, Florida, to this Court. Removal is proper for the reasons stated in Defendant Professional Service Bureau, Inc.'s Notice of Removal.

Mayo first received a copy of the Complaint, the initial pleading setting forth the claim for relief upon which this action is based, on or about January 15, 2019. A copy of the Complaint is attached to Professional Service Bureau, Inc.'s Notice of Removal as Exhibit "A."

Dated this 22nd day of April, 2019.

　　　　　　　　　　　　　　　　/s/ Christi A. Lawson
　　　　　　　　　　　　　　　　Christi A. Lawson
　　　　　　　　　　　　　　　　Florida Bar No. 0498351
　　　　　　　　　　　　　　　　Primary: clawson@foley.com
　　　　　　　　　　　　　　　　Secondary: yhibbert@foley.com
　　　　　　　　　　　　　　　　Virginia R. Beeson
　　　　　　　　　　　　　　　　Florida Bar No. 1003406
　　　　　　　　　　　　　　　　Primary: vbeeson@foley.com
　　　　　　　　　　　　　　　　Secondary: bshelley@foley.com

Foley & Lardner LLP
111 N. Orange Ave., Ste. 1800
Orlando, FL 32801
Tel. 407.423.7656
Fax 407.648.1743

James A. McKee
Florida Bar No. 0638218
jmckee@foley.com
**Foley & Lardner LLP**
106 East College Ave., Ste. 900
Tallahassee, FL 32301
Tel. 850.513.3378
Fax 580.561.6475

**Counsel for Mayo Clinic Jacksonville**

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of April, 2019, the foregoing Consent to Removal by Defendant, Mayo Clinic Jacksonville was filed via the CM/ECF system and served on all counsel of record via Email.

ZEBERSKY PAYNE, LLP
*Counsel for Plaintiff*
110 S.E. 6th Street, Suite 2150
Ft. Lauderdale, Florida 33301
Telephone: (954) 989-6333
Facsimile: (954) 989-7781
Primary Email:   jshaw@zpllp.com
                 kslaven@zpllp.com
Secondary E-mail: mperez@zpllp.com
                  jgarcia@zpllp.com

/s/ Christi A. Lawson
Christi A. Lawson
Florida Bar No. 0498351
Foley & Lardner LLP
111 N. Orange Ave., Ste. 1800
Orlando, FL 32801
clawson@foley.com
Tel. 407.244.3235
Fax 407.648.1743