Case 16-2019-CA-000218-XXXX-MA

| Department | Circuit Civil | Division | CV-E |
|---|---|---|---|
| Case Status | OPEN | File Date | 1/9/2019 6:14:58 PM |
| Judge Name | SOUD, ADRIAN G. | Officer | |
| Private Attorney | Slaven, Kimberly A | | |

### Parties

| Name / DOB / DL / ID # | Party Type Race / Sex | Address |
|---|---|---|
| NATALIE KUHR | PLAINTIFF / | 110 SE 6TH ST, SUITE 2150 FT. LAUDERDALE, FL33301 |
| MAYO CLINIC JACKSONVILLE | DEFENDANT / B | 4500 SAN PABLO ROAD JACKSONVILLE, FL32224 |
| PROFESSIONAL SERVICE BUREAU INC | DEFENDANT / B | 911 LUND BLVD ANOKA, MN55303 |

### Attorneys

| Attorney | Address | For Parties |
|---|---|---|
| Slaven, Kimberly A Private Attorney (117964) | 110 SE 6th St Ste 2150 Fort Lauderdale, FL333015016 | NATALIE KUHR (PLAINTIFF) |
| Lawson, Christi A Private Attorney (498351) | 111 N Orange Ave Ste 1800 Orlando, FL328012343 | PROFESSIONAL SERVICE BUREAU INC (DEFENDANT) |

### Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 01/16/2019 | SUMMONS($10/ea) 6/17/2017 | $10.00 | $10.00 | $0.00 |
| 01/16/2019 | SUMMONS($10/ea) 6/17/2017 | $10.00 | $10.00 | $0.00 |
| 01/10/2019 | CIR/GENERALCIVIL 3/1/2012 | $401.00 | $401.00 | $0.00 |

### Dockets

| Line / Document | Count | Effective Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 1 D4 | -- | 1/8/2019 1/10/2019 | CASE FEES PAID: $401.00 ON RECEIPT NUMBER 3349345 | 1 | Available Public access |
| 2 D1 | -- | 1/9/2019 1/10/2019 | COVER SHEET | 2 | Available VOR, Ready to view |
| 3 D2 | -- | 1/9/2019 1/10/2019 | COMPLAINT (CLASS ACTION) | 28 | Available VOR, Ready to view |
| 4 | -- | 1/9/2019 1/10/2019 | OTHER CIRCUIT CIVIL - OTHER | | |
| 5 | -- | 1/10/2019 1/10/2019 | DEMAND FOR JURY TRIAL | | |
| 6 D6 | -- | 1/15/2019 1/16/2019 | SUMMONS ISSUED TO MAYO CLINIC JACKSONVILLE | 2 | Available VOR, Ready to view |
| 7 D7 | -- | 1/15/2019 1/16/2019 | SUMMONS ISSUED TO PROFESSIONAL SERVICE BUREAU INC | 2 | Available VOR, Ready to view |

| Line / Document | Count | Effective / Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 8 D8 | -- | 1/15/2019 1/16/2019 | CASE FEES PAID: $20.00 ON RECEIPT NUMBER 3352614 | 1 | Available Public access |
| 9 D9 | -- | 1/22/2019 1/22/2019 | NOTICE OF ACCEPTANCE AND WAIVER OF SERVICE BY DEFT. MAYO CLINIC JACKSONVILLE/ATTY FOR DEFT MAYO CLINIC JACKSONVILLE | 2 | Available VOR, Ready to view |
| 10 D10 | -- | 3/18/2019 3/18/2019 | ANSWER AND AFFIRMATIVE DEFENSES TO PLTF'S CLASS ACTION COMPLAINT/COUNSEL FOR DEFT MAYO CLINIC | 19 | Available VOR, Ready to view |
| 11 D11 | -- | 3/26/2019 3/28/2019 | SUMMONS RETURNED INDICATING SERVICE TO: PROFESSIONAL SERVICE BUREAU INC (CORP. SERV. TO DONNA MOCH, EMPLOYEE OF CT CORP. SYSTEM) ON 03/21/19 @ 03:30 P.M. | 2 | Available Public access |
| 12 D12 | -- | 3/26/2019 3/28/2019 | SUMMONS RETURNED INDICATING SERVICE (AMENDED) TO: PROFESSIONAL SERVICE BUREAU INC (CORP. SERV. TO DONNA MOCH, EMPLOYEE OF CT CORP. SYSTEM) ON 03/21/19 @ 03:30 P.M. | 3 | Available Public access |
| 13 D13 | -- | 4/11/2019 4/12/2019 | NOTICE OF APPEARANCE OF COUNSEL CHRISTI LAWSON FOR PROFESSIONAL SERVICE BUREAU INC | 3 | Available Public access |