

**RONNIE FUSSELL**

# RECEIPT
3349345

CLERK OF THE CIRCUIT AND COUNTY COURTS
JACKSONVILLE, DUVAL COUNTY, FLORIDA

Printed On:
01/10/2019 03:03
Page 1 of 1

| Receipt Number: 3349345 - Date 01/10/2019 Time 3:03PM | | | | |
|---|---|---|---|---|
| Received of: | Zebersky Payne<br>110 SE 6th St, suite 2150<br>Ft. Lauderdale, FL 33301 | | | |
| Cashier Name: | EFile | Balance Owed: | | 401.00 |
| Cashier Location: | E-Filing | Total Amount Paid: | | 401.00 |
| Receipt ID: | 6628907 | Remaining Balance: | | 0.00 |
| Division: | CV-E(Circuit) | | | |
| Case# 16-2019-CA-000218-XXXX-MA -- PLAINTIFF: KUHR, NATALIE | | | | |
| Item | | Balance | Paid | Bal Remaining |
| Fees | | 401.00 | 401.00 | 0.00 |
| Case Total | | 401.00 | 401.00 | 0.00 |
| Payments | | | | |
| Type | | Ref# | | Amount |
| EFILING | | 23571491 | | 401.00 |
| Total Received | | | | 401.00 |
| Total Paid | | | | 401.00 |

## The clerk of courts is here to help you.

| We can be found online at: | **WWW.DUVALCLERK.COM** |
|---|---|
| The main courthouse Location is: | Clerk of the Circuit and County Courts<br>Duval County, Florida<br>501 West Adams Street<br>Jacksonville, Florida 32202 |
| The main telephone number is: | 904-255-2000 |
| Other Locations: | Neptune Beach Courthouse Annex<br>1543 Atlantic Blvd<br>Neptune Beach, Florida 32266 |

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I. CASE STYLE

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT,
IN AND FOR DUVAL COUNTY, FLORIDA

Case No.: _____
Judge: _____

Natalie Kuhr
Plaintiff

vs.

Mayo Clinic Jacksonville, Professional Service Bureau Inc
Defendant

### II. TYPE OF CASE

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999

- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☒ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

III. **REMEDIES SOUGHT** (check all that apply):
   - ☒ Monetary;
   - ☐ Non-monetary declaratory or injunctive relief;
   - ☐ Punitive

IV. **NUMBER OF CAUSES OF ACTION:** ( )
   (Specify)

   <u>4</u>

V. **IS THIS CASE A CLASS ACTION LAWSUIT?**
   - ☒ Yes
   - ☐ No

VI. **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
   - ☒ No
   - ☐ Yes – If "yes" list all related cases by name, case number and court:

VII. **IS JURY TRIAL DEMANDED IN COMPLAINT?**
   - ☒ Yes
   - ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature <u>s/ Jordan Alexander Shaw</u>    FL Bar No.: <u>111771</u>
Attorney or party                                                       (Bar number, if attorney)

<u>Jordan Alexander Shaw</u>    <u>01/09/2019</u>
(Type or print name)               Date

IN THE CIRCUIT COURT FOR THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY FLORIDA

Case No. 16-2019-CA-000218-XXX-MA
CLASS REPRESENTATION
CV-E

NATALIE KUHR,
    Plaintiff,

-vs-

MAYO CLINIC JACKSONVILLE, and PROFESSIONAL SERVICE BUREAU, INC.,
    Defendants.
_____/

**SUMMONS**
**20 DAY CORPORATE SERVICE**

THE STATE OF FLORIDA:

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant:

    Mayo Clinic Jacksonville
    By Serving its Registered Agent:
    *Stephen P. Nelson, Esq.*
    4500 San Pablo Road
    Jacksonville, FL 32224

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's Attorney:

    Jordan A. Shaw, Esq.
    Zebersky Payne Shaw Lewenz, LLP
    110 SE 6th Street
    Suite 110
    Ft. Lauderdale, FL 33301

within 20 days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's Attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

[1804092/1]

DATED on Jan 16 2019

RONNIE FUSSELL
As Clerk of the Court

By ZDOPS
As Deputy Clerk

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at (904) 255-1695 or crtintrp@coj.net at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

[1804092/1]

Filing # 83380228 E-Filed 01/15/2019 02:54:48 PM

IN THE CIRCUIT COURT FOR THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY FLORIDA

Case No. **16-2019-CA-000218-XXX-MA**
CLASS REPRESENTATION
CV-E

**NATALIE KUHR,**
   Plaintiff,

-vs-

**MAYO CLINIC JACKSONVILLE,** and **PROFESSIONAL SERVICE BUREAU, INC.,**
   Defendants.
_____/

## SUMMONS
### 20 DAY CORPORATE SERVICE

**THE STATE OF FLORIDA:**

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant:

> Professional Service Bureau, Inc.
> By Serving its Registered Agent:
> *C T Corporation System*
> 1200 South Pine Island Road
> Plantation, FL 33324

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's Attorney:

> Jordan A. Shaw, Esq.
> Zebersky Payne Shaw Lewenz, LLP
> 110 SE 6th Street
> Suite 110
> Ft. Lauderdale, FL 33301

within 20 days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's Attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

[1804093/1]

ACCEPTED: DUVAL COUNTY, RONNIE FUSSELL, CLERK, 01/16/2019 09:21:57 AM

DATED on  Jan 16 2019

RONNIE FUSSELL
As Clerk of the Court

By ___ENC8S___
As Deputy Clerk

### AMERICANS WITH DISABILITIES ACT OF 1990
### ADA NOTICE

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at (904) 255-1695 or crtintrp@coj.net at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

[1804093/1]



RONNIE FUSSELL

# RECEIPT
3352614

CLERK OF THE CIRCUIT AND COUNTY COURTS
JACKSONVILLE, DUVAL COUNTY, FLORIDA

Printed On:
01/16/2019 09:22
Page 1 of 1

| | Receipt Number: 3352614 - Date 01/16/2019 Time 9:22AM | | | |
|---|---|---|---|---|
| Received of: | Jordan Shaw<br>110 SE 6th Street<br>Suite 2150<br>Fort Lauderdale, FL 33301 | | | |
| Cashier Name: | EFile | Balance Owed: | | 20.00 |
| Cashier Location: | E-Filing | Total Amount Paid: | | 20.00 |
| Receipt ID: | 6632380 | Remaining Balance: | | 0.00 |
| Division: | CV-E(Circuit) | | | |
| | Case# 16-2019-CA-000218-XXXX-MA -- PLAINTIFF: KUHR, NATALIE | | | |
| Item | | Balance | Paid | Bal Remaining |
| Fees | | 20.00 | 20.00 | 0.00 |
| Case Total | | 20.00 | 20.00 | 0.00 |

| Payments | | |
|---|---|---|
| Type | Ref# | Amount |
| EFILING | 23626336 | 20.00 |
| Total Received | | 20.00 |
| Total Paid | | 20.00 |

## The clerk of courts is here to help you.

| We can be found online at: | WWW.DUVALCLERK.COM |
|---|---|
| The main courthouse Location is: | Clerk of the Circuit and County Courts<br>Duval County, Florida<br>501 West Adams Street<br>Jacksonville, Florida 32202 |
| The main telephone number is: | 904-255-2000 |
| Other Locations: | Neptune Beach Courthouse Annex<br>1543 Atlantic Blvd<br>Neptune Beach, Florida 32266 |

Filing # 83688937 E-Filed 01/22/2019 12:04:10 PM

IN THE CIRCUIT COURT FOR THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY FLORIDA

Case No. 2019-CA-000218
CLASS REPRESENTATION

NATALIE KUHR, on behalf of herself and all other similarly situated,,

    Plaintiff,

-vs-

MAYO CLINIC JACKSONVILLE, a Florida not for profit corporation, and PROFESSIONAL SERVICE BUREAU, INC., a foreign corporation

    Defendants.
_____/

## NOTICE OF ACCEPTANCE AND WAIVER OF SERVICE BY DEFENDANT, MAYO CLINIC JACKSONVILLE

The undersigned attorney, Christi A. Lawson, on behalf of Defendant MAYO CLINIC JACKSONVILLE, does hereby acknowledge and accept Service of Process and receipt of Plaintiff's Complaint, and further acknowledges that a response to Plaintiff's Complaint is due sixty (60) days from January 15, 2019 (March 15, 2019) pursuant to Rule 1.070(i)(4), Fla. R. Civ. P., absent further order of the Court.

Dated this 22nd day of January, 2019.

                                            /s/ Christi A. Lawson
                                            Christi A. Lawson
                                            Florida Bar No. 0498351
                                            Foley & Lardner LLP
                                            111 N. Orange Ave., Ste. 1800
                                            Orlando, FL 32801
                                            clawson@foley.com
                                            Tel. 407.244.3235
                                            Fax 407.648.1743

4838-3172-3398.1

ACCEPTED: DUVAL COUNTY, RONNIE FUSSELL, CLERK, 01/22/2019 04:09:49 PM

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of January, 2019, the foregoing Notice of Acceptance and Waiver of Service by Defendant, Mayo Clinic Jacksonville, was filed with the Florida Court's ePortal and served on all counsel of record.

ZEBERSKY PAYNE, LLP
*Counsel for Plaintiff*
110 S.E. 6th Street, Suite 2150
Ft. Lauderdale, Florida 33301
Telephone: (954) 989-6333
Facsimile: (954) 989-7781
Primary Email:   jshaw@zpllp.com
                 kslaven@zpllp.com
Secondary E-mail: mperez@zpllp.com
                  jgarcia@zpllp.com

/s/ Christi A. Lawson
Christi A. Lawson
Florida Bar No. 0498351
Foley & Lardner LLP
111 N. Orange Ave., Ste. 1800
Orlando, FL 32801
clawson@foley.com
Tel. 407.244.3235
Fax 407.648.1743

Filing # 86967977 E-Filed 03/26/2019 12:38:08 PM

## RETURN OF SERVICE

State of Florida        County of DUVAL        Circuit Court

Case Number: 16-2019-CA-218-XXX-MA

Plaintiff:
NATALIE KUHR

vs.

Defendant:
MAYO CLINIC JACKSONVILLE, ET. AL.,

For:
Jordan Alexander Shaw, Esq
ZEBERSKY PAYNE, LLP
110 Se 6th St
Suite 2150
Ft. Lauderdale, FL 33301

Received by OJF SERVICES, INC. on the 21st day of March, 2019 at 1:50 pm to be served on PROFESSIONAL SERVICE BUREAU, INC, 1200 S. PINE ISLAND RD, PLANTATION, FL 33324.

I, ANDREW KARP, do hereby affirm that on the 21st day of March, 2019 at 3:30 pm, I:

**CORPORATE SERVED:** by delivering a true copy of the SUMMONS AND COMPLAINT with the date and hour of service endorsed thereon by me, to: **DONNA MOCH EMPLOYEE OF CT CORPORATION SYSTEM** at the address of: **1200 S. PINE ISLAND RD, PLANTATION, FL 33324** as registered agent for PROFESSIONAL SERVICE BUREAU, INC, and informed said person of the contents therein, in compliance with state statutes 48.081.

I CERTIFY THAT I AM OVER THE AGE OF 18; HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

ANDREW KARP
SPS #260

OJF SERVICES, INC.
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: OJF-2019004506

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0h



ACCEPTED: DUVAL COUNTY, RONNIE FUSSELL, CLERK, 03/28/2019 01:43:41 PM

Filing # 83380228 E-Filed 01/15/2019 02:54:48 PM

+5.64

IN THE CIRCUIT COURT FOR THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY FLORIDA

Case No. 16-2019-CA-000218-XXX-MA
CLASS REPRESENTATION
CV-E

NATALIE KUHR,
Plaintiff,

-vs-

MAYO CLINIC JACKSONVILLE, and PROFESSIONAL SERVICE BUREAU, INC.,
Defendants.
_____/

## SUMMONS
## 20 DAY CORPORATE SERVICE

THE STATE OF FLORIDA:

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant:

Professional Service Bureau, Inc.
By Serving its Registered Agent:
*C T Corporation System*
1200 South Pine Island Road
Plantation, FL 33324

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's Attorney:

Jordan A. Shaw, Esq.
Zebersky Payne Shaw Lewenz, LLP
110 SE 6th Street
Suite 110
Ft. Lauderdale, FL 33301

within 20 days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's Attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

[1804093/1]

Filing # 87000062 E-Filed 03/26/2019 04:37:49 PM

Amended

## RETURN OF SERVICE

State of Florida        County of DUVAL        Circuit Court

Case Number: 16-2019-CA-218-XXX-MA

Plaintiff:
NATALIE KUHR

vs.

Defendant:
MAYO CLINIC JACKSONVILLE, ET. AL.,

For:
Jordan Alexander Shaw, Esq
ZEBERSKY PAYNE, LLP
110 Se 6th St
Suite 2150
Ft. Lauderdale, FL 33301

Received by OJF SERVICES, INC. on the 21st day of March, 2019 at 1:50 pm to be served on **PROFESSIONAL SERVICE BUREAU, INC, 1200 S. PINE ISLAND RD, PLANTATION, FL 33324.**

I, ANDREW KARP, do hereby affirm that on the **21st** day of **March, 2019** at **3:30 pm**, I:

**CORPORATE SERVED:** by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH EMPLOYEE OF CT CORPORATION SYSTEM** at the address of: **1200 S. PINE ISLAND RD, PLANTATION, FL 33324** as registered agent for **PROFESSIONAL SERVICE BUREAU, INC**, and informed said person of the contents therein, in compliance with state statutes 48.081.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

ANDREW KARP
SPS #260

OJF SERVICES, INC.
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: OJF-2019004506

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0h



ACCEPTED: DUVAL COUNTY, RONNIE FUSSELL, CLERK, 03/28/2019 01:43:46 PM

+5.64

IN THE CIRCUIT COURT FOR THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY FLORIDA

Case No. 16-2019-CA-000218-XXX-MA
CLASS REPRESENTATION
CV-E

NATALIE KUHR,
 Plaintiff,

-vs-

MAYO CLINIC JACKSONVILLE, and PROFESSIONAL SERVICE BUREAU, INC.,
 Defendants.
_____/

## SUMMONS
### 20 DAY CORPORATE SERVICE

THE STATE OF FLORIDA:

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant:

 Professional Service Bureau, Inc.
 By Serving its Registered Agent:
 *C T Corporation System*
 1200 South Pine Island Road
 Plantation, FL 33324

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's Attorney:

 Jordan A. Shaw, Esq.
 Zebersky Payne Shaw Lewenz, LLP
 110 SE 6th Street
 Suite 110
 Ft. Lauderdale, FL 33301

within 20 days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's Attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

[1804093/1]

4506

DATED on _____Jan 16 2019_____

RONNIE FUSSELL
As Clerk of the Court

By _____*ADC8S*_____
As Deputy Clerk

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at (904) 255-1695 or crtintrp@coj.net at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

[1804093/1]

IN THE CIRCUIT COURT FOR THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY FLORIDA

NATALIE KUHR, on behalf of
herself and all other similarly situated,

    Plaintiff,

-vs-

MAYO CLINIC JACKSONVILLE, a
Florida not for profit corporation, and
PROFESSIONAL SERVICE
BUREAU, INC., a foreign corporation

    Defendants.
_____/

Case No. 2019-CA-000218
CLASS REPRESENTATION
CV-E

## NOTICE OF APPEARANCE OF COUNSEL
## AND DESIGNATION OF EMAIL ADDRESSES

PLEASE TAKE NOTICE that Christi A. Lawson, Esq., James A. McKee, Esq. and Virginia R. Beeson, Esq., and the law firm of Foley & Lardner LLP, hereby enter their appearance as counsel for Defendant, PROFESSIONAL SERVICE BUREAU, INC., and request that copies of any and all pleadings, hearing notices, motions, orders, and other papers filed in this action be furnished to Christi A. Lawson, Esq., James A. McKee, Esq. and Virginia R. Beeson, Esq. via electronic mail at clawson@foley.com, jmckee@foley.com and vbeeson@foley.com.

Dated this 11th day of April, 2019.

                                      /s/ Christi A. Lawson
                                      Christi A. Lawson
                                      Florida Bar No. 0498351
                                      Primary: clawson@foley.com
                                      Secondary: yhibbert@foley.com
                                      Foley & Lardner LLP
                                      111 N. Orange Ave., Ste. 1800
                                      Orlando, FL 32801
                                      Tel: 407.244.3235
                                      Fax: 407.648.1743

James A. McKee
Florida Bar No. 0638218
Primary: jmckee@foley.com
Secondary: mlong@foley.com
Foley & Lardner LLP
106 E. College Avenue, Suite 900
Tallahassee, FL 32301
Tel: 850.222.6100
Fax: 850.561.6475

Virginia R. Beeson
Florida Bar No. 1003406
Primary: vbeeson@foley.com
Secondary: bshelley@foley.com
Foley & Lardner LLP
111 N. Orange Ave., Ste. 1800
Orlando, FL 32801

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of April, 2019, I electronically filed a true and correct copy of the foregoing using the Florida Courts E-Filing Portal System and a true and correct copy was served on all counsel of record.

/s/ Christi A. Lawson
Christi A. Lawson
Florida Bar No. 0498351
Foley & Lardner LLP
111 N. Orange Ave., Ste. 1800
Orlando, FL 32801
clawson@foley.com
Tel. 407.244.3235
Fax 407.648.1743