**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

NATALIE KUHR, on behalf of herself
and all others similarly situated,

                Plaintiff,

v.                                                  Case No. 3:19-cv-453-J-34MCR

MAYO CLINIC JACKSONVILLE
and PROFESSIONAL SERVICE
BUREAU, INC.,

                Defendants.

## O R D E R

**THIS CAUSE** is before the Court on the Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, Certification of the Settlement Class, Approval of Class Notice, Scheduling of Final Approval Hearing, and Incorporated Memorandum of Law (Doc. 35; Motion), filed on June 3, 2020. Plaintiff attaches to the Motion a Class Action Settlement Agreement and Release Pursuant to Federal Rule 23 executed by all parties (Doc. 35-1; Settlement Agreement) and the Declaration of Jordan A. Shaw, Esq. in Support of Plaintiff's Motion for Class Certification (Doc. 35-4; Shaw Decl.). The Settlement Agreement also contains two exhibits: Exhibit A, which is a proposed order granting the instant Motion (Doc. 35-2) and Exhibit B, which is a proposed class notice (Doc. 35-3; Proposed Notice). In the Motion, Plaintiff states that the parties have reached a proposed settlement of the claims raised in this putative class action. As such, pursuant to Rule 23, Federal Rules of Civil Procedure (Rule(s)), Plaintiff requests that the Court do the following: (1) conditionally certify a class action for settlement

-1-

purposes only, (2) preliminarily approve the proposed settlement, (3) appoint Plaintiff as Class Representative and Plaintiff's counsel as Class Counsel for settlement purposes, (4) establish a schedule to complete the tasks necessary to effectuate the proposed settlement, and (4) provide that, if the settlement is not finally approved or terminates for any other reason, the parties shall retain, without prejudice, all objections, arguments, and defenses with respect to class certification. See Motion at 1.  Plaintiff represents that Defendants agree to the requested relief for settlement purposes. Id.  However, upon review of these filings, the Court has several concerns regarding the proposed class definition, the terms of the Settlement Agreement, and the Proposed Notice.  As such, the Court finds it necessary to set this matter for a hearing to address the Court's concerns.  In light of the foregoing, it is

**ORDERED:**

1. Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, Certification of the Settlement Class, Approval of Class Notice, Scheduling of Final Approval Hearing, and Incorporated Memorandum of Law (Doc. 35) is **TAKEN UNDER ADVISEMENT**.

2. The matter is set for a **HEARING** on the Motion to take place on **THURSDAY, JULY 23, 2020, at 10:00 a.m.** before the Honorable Marcia Morales Howard, United States District Judge.

3. The hearing will be held by video teleconferencing using Zoom.  The Courtroom Deputy Clerk will separately send participants an Outlook invitation with the link, meeting ID, and password.  Information on how others can observe the proceeding can be found on the Court's website, https://www.flmd.uscourts.gov/coronavirus-

and-email-filing-information.  Participants should dress in appropriate court attire and appear in front of an appropriate professional background.  You are hereby reminded that under Local Rule 4.11(a)(2), United States District Court, Middle District of Florida, "the taking of photographs, the operation of recording or transmission devices, and the broadcasting or televising of proceedings in any courtroom or hearing room of this Court, or the environs thereof, either while the Court is in session or at recesses between sessions when Court officials, attorneys, jurors, witnesses or other persons connected with judicial proceedings of any kind are present, are prohibited."  Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

**DONE AND ORDERED** in Jacksonville, Florida, on July 16, 2020.

MARCIA MORALES HOWARD
United States District Judge

lc11
Copies to:

Counsel of Record