**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| NATALIE KUHR, on behalf of herself and all others similarly situated<br>v.<br>MAYO CLINIC JACKSONVILLE and PROFESSIONAL SERVICE BUREAU, INC. | CASE NO. 3:19-cv-453-J-34MCR |

| Counsel for Plaintiff: | Counsel for Defendants: |
|---|---|
| Jordan Shaw | Christi Lawson |
| Kimberly Slaven | |

**HONORABLE MARCIA MORALES HOWARD, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Jodi L. Wiles        Court Reporter: Cindy Packevicz Jarriel

## CLERK'S MINUTES

PROCEEDINGS OF:   MOTION HEARING (VIA VIDEOCONFERENCE)

Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, Certification of the Settlement Class, Approval of Class Notice, Scheduling of Final Approval Hearing, and Incorporated Memorandum of Law (Dkt. No. 35) is **DENIED without prejudice**.

Renewed motion due **September 8, 2020**.

Plaintiff's Motion for Attorney's Fees due **September 8, 2020**.

Date:  August 6, 2020     Time:  10:00 a.m. – 11:26 a.m.     Total:  1 Hour, 26 Minutes