**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

NATALIE KUHR, on behalf of herself
and all others similarly situated,

    Plaintiff,                           CASE NO.: 3:19-cv-453-J-39MCR

v.

MAYO CLINIC JACKSONVILLE, a
Florida not for profit corporation and
PROFESSIONAL SERVICE BUREAU, INC.,
a Foreign corporation,

    Defendants.
_____/

## NOTICE OF FILING REVISED CLASS ACTION SETTLEMENT AGREEMENT AND RELEASE

    Plaintiff, NATALIE KUHR, by and through undersigned counsel, hereby gives notice of filing the fully executed Revised Class Action Settlement Agreement and Release attached hereto as **Exhibit "A."**

    Respectfully submitted this 14th day of September 2020.

                        ZEBERSKY PAYNE SHAW LEWENZ, LLP
                        110 Southeast 6th Street, Suite 2150
                        Fort Lauderdale, Florida 33301
                        Telephone:    (954) 989-6333
                        Facsimile:    (954) 989-7781
                        Primary Email:    jshaw@zpllp.com;
                        kslaven@zpllp.com
                        Secondary email: mperez@zpllp.com

                        ***/s/Jordan A. Shaw***
                        JORDAN A. SHAW, ESQ.
                        Fla Bar No.: 111771
                        KIMBERLY A. SLAVEN
                        Fla Bar No.: 117964